Christopher A. ODOM, Plaintiff—Appellant,

v.

FNU ROBINSON; SCDC Transportation FNU LNU, Insurance Policy Holder; FNU Livingston; SCDC Medical Kirkland Wateree Staff, Defendants—Appellees.

No. 07–2129.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 3, 2008.

Christopher A. Odom, Appellant Pro Se. William Curry McDow, Mason A. Summers, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983

---

insured status for disability insurance claimants, we find the claim meritless.

(2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Odom v. FNU Robinson,* No. 3:06–cv–03417–PMD, 2007 WL 3034889 (D.S.C. Oct. 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*